IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

E. THOMAS SCARBOROUGH, III,

    Plaintiff,

v.

COURT OF COMMON PLEAS OF
NORTHAMPTON COUNTY, et al.

    Defendants.

CIVIL ACTION
NO. 18-2436

## **ORDER**

**AND NOW**, this 14th day of June, 2019, upon review of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 5), and Plaintiff's response, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**;
2. Plaintiff's Amended Complaint is **DISMISSED** with prejudice; and
3. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.