IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

E. THOMAS SCARBOROUGH, III,

    Plaintiff,

v.

COURT OF COMMON PLEAS OF
NORTHAMPTON COUNTY, et al.

    Defendants.

CIVIL ACTION
NO. 18-2436

## ORDER

**AND NOW**, this 7th day of September, 2022, upon review of Plaintiff's pending motions and the response thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motion to Vacate a Judgement Obtained by Fraud on the Court under F.R.C.P. 60(d)(3), for Judicial Notice, for Expedited Discovery, for Preliminary Injunctive Relief, for Partial Summary Judgment and for Leave to File an Amended Complaint" (Docket No. 17) is **DENIED**; and

2. Plaintiff's "Motion for Entry of Default Final Judgment Under FRCP 55(B)(2)" (Docket No. 19) is **DENIED**.

                                              **BY THE COURT:**

                                              /s/ Jeffrey L. Schmehl
                                              Jeffrey L. Schmehl, J.