IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

E. THOMAS SCARBOROUGH, III,

    Plaintiff,

v.

COURT OF COMMON PLEAS OF
NORTHAMPTON COUNTY, et al.

    Defendants.

CIVIL ACTION
NO. 18-2436

## ORDER

**AND NOW**, this 1st day of August, 2023, upon review of Plaintiff's pending motion and the response thereto, it is hereby **ORDERED** that Plaintiff's "Motion to Alter and Amend Judgement Under FRCP 59(e)" (Docket No. 26) is **DENIED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.